**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2022-CA-0445

Michael Myers

- - Versus - -

Gabriella Diaz, Edward Diaz, GEICO County Mutual
Insurance Company, and GEICO Casualty Company

21st Judicial District Court
Case #: 168519
Livingston Parish

On Application for Rehearing filed on   11/18/2022 by Michael Myers

Rehearing _____**DENIED**_____

_____
Vanessa Guidry Whipple

_____
John Michael Guidry

_____
Elizabeth Wolfe

Date ___**DEC 0 8 2022**_____

_____
Rodd Naquin, Clerk